**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED12MJ00166 |
| ALVIN J. HARE | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>MAY 7</u>, <u>2012</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom <u>1</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>5/4/12</u>                    _____
                                        U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1